# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

160578(80)

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

WESLEY ZOO YANG and VIENGKHAM
MOUALOR,
        Plaintiffs-Appellees,

v

EVEREST NATIONAL INSURANCE
COMPANY,
        Defendant-Appellant,
and

MOTORIST MUTUAL INSURANCE
COMPANY,
        Defendant-Appellee.
_____/

SC: 160578
COA: 344987
Wayne CC: 17-018062-NF

       On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 25, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



Clerk